# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GORHAM PAPER AND TISSUE, LLC, *et al.,* | ) | Case No. 20-12814 (KBO) |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Richard M. Seltzer, Esquire**,** of Cohen, Weiss and Simon LLP, 900 Third Avenue, 21st Floor, New York, NY 10036 to represent United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") in this action.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
Dated: November 17, 2020    skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and also the SDNY, EDNY, 2d, 3d, 5th, 6th, 9th, 10th and DC Circuits, and the United States Supreme Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Richard M. Seltzer*
Richard M. Seltzer, Esquire
Cohen, Weiss and Simon LLP
900 Third Avenue, 21st Floor
New York, NY 10036
(212) 563-4100 / Fax: (212) 563-6527

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.