# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) |
| **Gorham Paper and Tissue LLC,** | ) Case No. 20-12814 (KBO) |
| *et al.,* | ) |
|  | ) (Jointly Administered) |
| **Debtors.** | ) |
|  | ) Re: Docket No. 12, 67 |
|  | ) |

**OBJECTION OF PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE d/b/a EVERSOURCE TO THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER ON AN INTERIM AND THEN ON A FINAL BASIS: (I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES; (III) APPROVING PROCEDURES FOR RESOLVING ADDITIONAL ADEQUATE ASSURANCE REQUESTS; AND (IV) SETTING FINAL HEARING**

Public Service Company of New Hampshire d/b/a Eversource ("PSNH"), hereby withdraws its *Objection* (Docket No. 67) to the *Motion of Debtors for Entry of an Order on an Interim and then Final Basis: (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (III) Approving Procedures for Resolving Additional Adequate Assurance Requests; and (IV) Setting a Final Hearing* (Docket No. 10), pursuant to a settlement between PSNH and the Debtors.

ME1 35026161v.1

Dated: November 17, 2020       **McCARTER & ENGLISH, LLP**

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
405 North King Street, 8th Floor
Wilmington, DE  19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com

　　　　　-and-

**LAW FIRM OF RUSSELL R. JOHNSON III, PLC**
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com
　　　　　john@russelljohnsonlawfirm.com

*Counsel for Public Service Company of New Hampshire d/b/a Eversource*

2

ME1 35026161v.1