**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GORHAM PAPER AND TISSUE, LLC, *et al.,* | ) | Case No. 20-12814 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket Nos. 79, 82 |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE docket number 79 and 82 are hereby withdrawn.

                                                        LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                                       */s/ Susan E. Kaufman*
                                                       Susan E. Kaufman, (DSB# 3381)
                                                       919 North Market Street, Suite 460
                                                       Wilmington, DE 19801
                                                       (302) 472-7420
                                                       (302) 792-7420 Fax
Dated: November 18, 2020              skaufman@skaufmanlaw.com