# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Gorham Paper and Tissue, LLC, *et al.*, | Case No. 20-12814 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: February 16, 2021 at 4:00 p.m.**<br>**Hearing Date: March 16, 2021 at 11:00 a.m.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that B. Riley Securities, the investment banker and financial advisor to the debtors and debtors in possession in the above-captioned bankruptcy cases (the "Debtors"), has filed the *First and Final Fee Application of B. Riley Securities as Financial Advisor and Investment Banker for the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from November 4, 2020 through December 31, 2020* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be filed with the Bankruptcy Court and served on or before **February 16, 2021 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **March 16, 2021 at 11:00 a.m. (prevailing Eastern Time)**. Only those objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO TIMELY OBJECTIONS TO THE APPLICATION ARE FILED, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of Gorham Paper and Tissue, LLC's federal taxpayer identification number are 6533. See 11 U.S.C. § 342(c)(1). The last four digits of White Mountain Tissue, LLC's federal taxpayer identification number are 0078. See id. The principal place of business for Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC is 72 Cascade Flats, Gorham, New Hampshire 03581.

76300684.2

| | |
|---|---|
| Dated: January 26, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br> /s/ Shanti M. Katona<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**<br><br>D. Sam Anderson (*Admitted Pro Hac Vice*)<br>Adam R. Prescott (*Admitted Pro Hac Vice*)<br>100 Middle Street<br>PO Box 9729<br>Portland, Maine 04104<br>Telephone: (207) 774-1200<br>Facsimile: (207) 774-1127<br>sanderson@bernsteinshur.com<br>aprescott@bernsteinshur.com<br><br>*Counsel to the Debtors and Debtors in Possession* |