**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Gorham Paper and Tissue, LLC, *et al.*, | Case No. 20-12814 (KBO) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: Docket No._____** |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF B. RILEY
SECURITIES AS FINANCIAL ADVISOR AND INVESTMENT BANKER FOR
THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM NOVEMBER 4, 2020 THROUGH DECEMBER 31, 2020**

Upon the application (the "<u>Application</u>")[2] of B. Riley Securities ("<u>B. Riley</u>") for final

approval and allowance of compensation for services rendered and reimbursement of expenses

incurred as financial advisor and investment banker to the Debtors for the period from November

4, 2020 through December 31, 2020 (the "<u>Final Application Period</u>"); and the Court having

reviewed the Application; and all applicable requirements of the Bankruptcy Code, the Bankruptcy

Rules, and the Local Rules having been satisfied; and the compensation earned and expenses

incurred by B. Riley during the Final Application Period having been actual, reasonable, and

necessary; and sufficient notice of the Application having been provided such that no other or

further notice is required; and all persons with standing having been afforded an opportunity to be

heard on the Application at a hearing held to consider approval of the Application; and after due

deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

---

[1] The last four digits of Gorham Paper and Tissue, LLC's federal taxpayer identification number are 6533.  <u>See</u> 11 U.S.C. § 342(c)(1).  The last four digits of White Mountain Tissue, LLC's federal taxpayer identification number are 0078.  <u>See</u> <u>id.</u>  Prior to the sale of substantially all of their assets, the principal place of business for Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC was 72 Cascade Flats, Gorham, New Hampshire 03581.

1.    The Application is GRANTED as set forth herein.

2.    B. Riley is allowed, on a final basis, compensation in the amount of **$800,000.00** for professional services rendered during the Final Application Period (and prior to the Petition Date, as defined in the Application) as the financial advisor and investment banker to the Debtors.

3.    B. Riley is allowed the reimbursement of actual and necessary out of pocket expenses incurred in connection with its services to the Debtors in the amount of **$539.67**.

4.    The Debtors are authorized to remit payment to B. Riley in the above amounts, less any amounts that the Debtors previously paid to B. Riley on account of such fees and expenses, including the Retainer.

5.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.    This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

## Exhibit B

**Certification**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Gorham Paper and Tissue, LLC, *et al.*, | Case No. 20-12814 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF MATTHEW SPAIN

I, Matthew Spain, certify as follows:

1.       I am a Senior Managing Director of B. Riley Securities ("B. Riley").

2.       I have personally performed many of the services rendered by B. Riley as financial advisor and investment banker to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the professionals in the firm.

3.       The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.


Dated: January 26, 2021              */s/ Matthew Spain*                                      
                                                          Matthew Spain

---

[1] The last four digits of Gorham Paper and Tissue, LLC's federal taxpayer identification number are 6533.  See 11 U.S.C. § 342(c)(1).  The last four digits of White Mountain Tissue, LLC's federal taxpayer identification number are 0078.  See id.  The principal place of business for Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC is 72 Cascade Flats, Gorham, New Hampshire 03581.

76300684.2

**Exhibit C**

**Time Report**

| Date | Professional | Position | Time (in hours) | Description |
|------|--------------|----------|-----------------|-------------|
| 11/5/2020 | Dominic Riley | Associate | 8.0 | Marketing efforts on potential interested parties |
| 11/5/2020 | Alex Shaffer | Associate | 8.0 | Marketing efforts on potential interested parties |
| 11/6/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Dominic Riley | Associate | 8.0 | Marketing efforts on potential interested parties |
| 11/6/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Alex Shaffer | Associate | 8.0 | Marketing efforts on potential interested parties |
| 11/6/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/6/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/7/2020 | Dominic Riley | Associate | 0.5 | Granting parties access to QoE |
| 11/7/2020 | Alex Shaffer | Associate | 0.5 | Granting parties access to QoE |
| 11/8/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Discussions with parties regarding  bid procedures docket |
| 11/8/2020 | Dominic Riley | Associate | 0.5 | Discussions with parties regarding  bid procedures docket |
| 11/8/2020 | Alex Shaffer | Associate | 0.5 | Discussions with parties regarding  bid procedures docket |
| 11/9/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyers to discuss interest and next steps |
| 11/9/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with Posinelli and Bernstein Shur |
| 11/9/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyers to discuss interest and next steps |
| 11/9/2020 | Dominic Riley | Associate | 2.0 | Marketing efforts on potential interested parties |
| 11/9/2020 | Dominic Riley | Associate | 0.5 | Call with Posinelli and Bernstein Shur |
| 11/9/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyers to discuss interest and next steps |
| 11/9/2020 | Alex Shaffer | Associate | 2.0 | Marketing efforts on potential interested parties |
| 11/9/2020 | Alex Shaffer | Associate | 0.5 | Call with Posinelli and Bernstein Shur |
| 11/10/2020 | Matthew Spain | Sr. Managing Director | 1.0 | Call with prospective buyer |
| 11/10/2020 | Dominic Riley | Associate | 5.0 | Marketing efforts on potential interested parties |
| 11/10/2020 | Dominic Riley | Associate | 1.0 | Call with prospective buyer |
| 11/10/2020 | Alex Shaffer | Associate | 5.0 | Marketing efforts on potential interested parties |
| 11/10/2020 | Alex Shaffer | Associate | 1.0 | Call with prospective buyer |
| 11/11/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyer |
| 11/11/2020 | Matthew Spain | Sr. Managing Director | 1.0 | Call with Counsel and UCC Advisors |
| 11/11/2020 | Dominic Riley | Associate | 2.0 | Email discussions with prospective parties |
| 11/11/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/11/2020 | Dominic Riley | Associate | 1.0 | Call with Internal team & UCC counsel |
| 11/11/2020 | Alex Shaffer | Associate | 2.0 | Email discussions with prospective parties |
| 11/11/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/11/2020 | Alex Shaffer | Associate | 1.0 | Call with Internal team & UCC counsel |
| 11/12/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/12/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/12/2020 | Dominic Riley | Associate | 1.0 | Email discussions with internal team regarding process and NDA's |
| 11/12/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer to discuss interest and next steps |
| 11/12/2020 | Alex Shaffer | Associate | 1.0 | Email discussions with internal team regarding process and NDA's |
| 11/14/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with UCC advisors regarding financials |
| 11/14/2020 | Dominic Riley | Associate | 1.0 | Email exchanges with prospective parties and internal team |
| 11/14/2020 | Dominic Riley | Associate | 0.5 | Call with client, counsel and UCC's advisors to discuss financial information |
| 11/14/2020 | Alex Shaffer | Associate | 1.0 | Email exchanges with prospective parties and internal team |
| 11/14/2020 | Alex Shaffer | Associate | 0.5 | Call with client, counsel and UCC's advisors to discuss financial information |

| Date | Professional | Position | Time (in hours) | Description |
|------|-------------|----------|------|-------------|
| 11/17/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with UCC financial advisors |
| 11/17/2020 | Dominic Riley | Associate | 0.5 | Document Preparation for prospective buyers site visit |
| 11/17/2020 | Dominic Riley | Associate | 0.5 | Document Preparation for Utilities Motion Hearing |
| 11/17/2020 | Dominic Riley | Associate | 0.5 | Call with UCC advisors |
| 11/17/2020 | Alex Shaffer | Associate | 0.5 | Document Preparation for prospective buyers site visit |
| 11/17/2020 | Alex Shaffer | Associate | 0.5 | Document Preparation for Utilities Motion Hearing |
| 11/17/2020 | Alex Shaffer | Associate | 0.5 | Call with UCC advisors |
| 11/18/2020 | Dominic Riley | Associate | 1.0 | Email discussions with prospective parties & internal team |
| 11/18/2020 | Alex Shaffer | Associate | 1.0 | Email discussions with prospective parties & internal team |
| 11/19/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Discussions with party after site visit |
| 11/19/2020 | Matthew Spain | Sr. Managing Director | 1.0 | Gorham - Utilities Motion Hearing |
| 11/19/2020 | Dominic Riley | Associate | 1.0 | Gorham - Utilities Motion Hearing |
| 11/19/2020 | Dominic Riley | Associate | 1.0 | Email exchanges with prospective buyers |
| 11/19/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer after site visit |
| 11/19/2020 | Alex Shaffer | Associate | 1.0 | Gorham - Utilities Motion Hearing |
| 11/19/2020 | Alex Shaffer | Associate | 1.0 | Email exchanges with prospective buyers |
| 11/19/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer after site visit |
| 11/20/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Discussions with party after site visit |
| 11/20/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Bi-weekly update call |
| 11/20/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyer |
| 11/20/2020 | Dominic Riley | Associate | 1.0 | Email exchanges regarding process with internal team and prospective buyers |
| 11/20/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer after site visit |
| 11/20/2020 | Dominic Riley | Associate | 0.5 | Bi-weekly update call with full Client team |
| 11/20/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer |
| 11/20/2020 | Alex Shaffer | Associate | 1.0 | Email exchanges regarding process with internal team and prospective buyers |
| 11/20/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer after site visit |
| 11/20/2020 | Alex Shaffer | Associate | 0.5 | Bi-weekly update call with full Client team |
| 11/20/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer |
| 11/21/2020 | Dominic Riley | Associate | 0.5 | Email exchanges regarding process with internal team and prospective buyers |
| 11/21/2020 | Alex Shaffer | Associate | 0.5 | Email exchanges regarding process with internal team and prospective buyers |
| 11/23/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with prospective buyer after site visit |
| 11/23/2020 | Matthew Spain | Sr. Managing Director | 1.0 | GPT Credit Agreement Discussion |
| 11/24/2020 | Dominic Riley | Associate | 0.5 | Replying to diligence questions to prosective buyers |
| 11/24/2020 | Alex Shaffer | Associate | 0.5 | Replying to diligence questions to prosective buyers |
| 11/25/2020 | Dominic Riley | Associate | 0.5 | Email exchanges between internal team, prospective buyers regarding various processes information |
| 11/25/2020 | Alex Shaffer | Associate | 0.5 | Email exchanges between internal team, prospective buyers regarding various processes information |
| 11/30/2020 | Dominic Riley | Associate | 0.5 | Finalizing notice to parties spreadsheet |
| 11/30/2020 | Dominic Riley | Associate | 0.5 | Email exchanges between prospective buyers |
| 11/30/2020 | Alex Shaffer | Associate | 0.5 | Finalizing notice to parties spreadsheet |
| 11/30/2020 | Alex Shaffer | Associate | 0.5 | Email exchanges between prospective buyers |
| 12/1/2020 | Dominic Riley | Associate | 4.0 | Following with all remaining parties to see where they stand in the process |
| 12/1/2020 | Alex Shaffer | Associate | 4.0 | Following with all remaining parties to see where they stand in the process |
| 12/2/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Update call with internal team |
| 12/2/2020 | Matthew Spain | Sr. Managing Director | 1.0 | Gorham - Second Day Hearing |
| 12/2/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Call with UCC Counsel |
| 12/2/2020 | Dominic Riley | Associate | 0.5 | Planning site visit with prospective buyer |
| 12/2/2020 | Dominic Riley | Associate | 1.0 | Gorham - Second Day Hearing |
| 12/2/2020 | Alex Shaffer | Associate | 0.5 | Planning site visit with prospective buyer |
| 12/2/2020 | Alex Shaffer | Associate | 1.0 | Gorham - Second Day Hearing |
| 12/3/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Update call with internal team |
| 12/3/2020 | Dominic Riley | Associate | 0.5 | Call with internal team |
| 12/3/2020 | Alex Shaffer | Associate | 0.5 | Call with internal team |
| 12/4/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Discussions with party after site visit |
| 12/4/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Bi-weekly update call |

| Date | Professional | Position | Time (in hours) | Description |
|------|-------------|----------|-----------------|-------------|
| 12/4/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer after site visit |
| 12/4/2020 | Dominic Riley | Associate | 0.5 | Bi-weekly update call with full Client team |
| 12/4/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer after site visit |
| 12/4/2020 | Alex Shaffer | Associate | 0.5 | Bi-weekly update call with full Client team |
| 12/7/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Update call with internal team |
| 12/7/2020 | Dominic Riley | Associate | 3.0 | Email exchanges between internal team and prospective buyers |
| 12/7/2020 | Dominic Riley | Associate | 0.5 | Call with internal team |
| 12/7/2020 | Dominic Riley | Associate | 1.0 | Discussions with buyers on a potential partnership to help acquire Gorham |
| 12/7/2020 | Alex Shaffer | Associate | 3.0 | Email exchanges between internal team and prospective buyers |
| 12/7/2020 | Alex Shaffer | Associate | 0.5 | Call with internal team |
| 12/7/2020 | Alex Shaffer | Associate | 1.0 | Discussions with buyers on a potential partnership to help acquire Gorham |
| 12/9/2020 | Dominic Riley | Associate | 1.0 | Email discussions with remaining buyers to discuss expectation on if they would bid on 12/11 |
| 12/9/2020 | Alex Shaffer | Associate | 1.0 | Email discussions with remaining buyers to discuss expectation on if they would bid on 12/11 |
| 12/11/2020 | Dominic Riley | Associate | 0.5 | Final bid day review |
| 12/11/2020 | Alex Shaffer | Associate | 0.5 | Final bid day review |
| 12/12/2020 | Dominic Riley | Associate | 0.5 | Email discussion regarding submitted bid from Ark / Patriarch |
| 12/12/2020 | Alex Shaffer | Associate | 0.5 | Email discussion regarding submitted bid from Ark / Patriarch |
| 12/13/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Update call with internal team |
| 12/13/2020 | Dominic Riley | Associate | 0.5 | Call with internal team |
| 12/13/2020 | Alex Shaffer | Associate | 0.5 | Call with internal team |
| 12/15/2020 | Matthew Spain | Sr. Managing Director | 1.0 | Gorham "Auction" |
| 12/17/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Bi-weekly update call |
| 12/17/2020 | Dominic Riley | Associate | 0.5 | Bi-weekly update call with full Client team |
| 12/17/2020 | Alex Shaffer | Associate | 0.5 | Bi-weekly update call with full Client team |
| 12/18/2020 | Matthew Spain | Sr. Managing Director | 3.0 | Gorham Hearing |
| 12/18/2020 | Dominic Riley | Associate | 0.5 | Finalizing sale order declaration |
| 12/18/2020 | Dominic Riley | Associate | 3.0 | Sale Hearing |
| 12/18/2020 | Alex Shaffer | Associate | 0.5 | Finalizing sale order declaration |
| 12/18/2020 | Alex Shaffer | Associate | 3.0 | Sale Hearing |
| 12/21/2020 | Dominic Riley | Associate | 0.5 | Call with Bernstein Shur |
| 12/28/2020 | Matthew Spain | Sr. Managing Director | 1.0 | Gorham Discussions |
| 12/28/2020 | Dominic Riley | Associate | 1.0 | Gorham Discussions |
| 12/28/2020 | Alex Shaffer | Associate | 1.0 | Gorham Discussions |
| 12/30/2020 | Matthew Spain | Sr. Managing Director | 0.5 | Update call with internal team |
| 12/30/2020 | Dominic Riley | Associate | 0.5 | Update call with internal team |
| 12/30/2020 | Alex Shaffer | Associate | 0.5 | Update call with internal team |
| 11/13/2020 | Dominic Riley | Associate | 1.0 | Email exchanges with prospective parties |
| 11/13/2020 | Alex Shaffer | Associate | 1.0 | Email exchanges with prospective parties |
| 11/23/2020 | Dominic Riley | Associate | 0.5 | Call with prospective buyer after site visit |
| 11/23/2020 | Dominic Riley | Associate | 1.0 | Call with UCC counsel and Client Counsel |
| 11/23/2020 | Dominic Riley | Associate | 2.0 | Emailing prospective buyers the Gorham Bid Procedures Orders & answering diligence questions |
| 11/23/2020 | Alex Shaffer | Associate | 0.5 | Call with prospective buyer after site visit |
| 11/23/2020 | Alex Shaffer | Associate | 1.0 | Call with UCC counsel and Client Counsel |
| 11/23/2020 | Alex Shaffer | Associate | 2.0 | Emailing prospective buyers the Gorham Bid Procedures Orders & answering diligence questions |
| **TOTAL** | | | **158.5** | |

# Exhibit D

## Expense Report

| Sum of ExpenseAmount | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee | ExpenseDate | ExpenseType | Description | | | | Total |
| Matt Spain | 2020-02-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 28.81 |
| | 2020-02-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 6.25 |
| | 2020-03-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 22.44 |
| | 2020-03-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 5.55 |
| | 2020-04-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 16.98 |
| | 2020-04-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 6.24 |
| | 2020-05-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 17.20 |
| | 2020-05-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 7.13 |
| | 2020-06-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 19.75 |
| | 2020-06-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 7.13 |
| | 2020-07-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 27.88 |
| | 2020-07-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 6.25 |
| | 2020-08-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 17.32 |
| | 2020-08-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 9.99 |
| | 2020-09-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 26.20 |
| | 2020-09-29 | Deals-Communications/Mkt Data | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 9.99 |
| | 2020-10-15 | Deals-Communications/Mkt Data | APPLE.COM/BILL | CUPERTINO | CA | | 24.02 |
| | 2020-10-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 29.20 |
| | 2020-10-29 | Deals-Auto | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 16.64 |
| | 2020-11-15 | Deals-Business Promotion | APPLE.COM/BILL | CUPERTINO | CA | | 9.99 |
| | 2020-11-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 51.85 |
| | 2020-11-29 | Deals-Air/Rail | HTTP://WWW.GOGOAIR.C 877-350-0038 | | | IL | 8.32 |
| | 2020-12-15 | Deals-Business Promotion | APPLE.COM/BILL | CUPERTINO | CA | | 10.00 |
| | 2020-12-18 | Deals-Communications/Mkt Data | VZW APOCC | 800-922-0204 | FL | | 116.29 |
| Grand Total | | | | | | | 501.42 |

Call Charges - Not on the expense system yet $   38.25

Total Expenses | $ 539.67

76300684.2