# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Gorham Paper and Tissue LLC,** *et al.*, | Lead Case No. 20-12814 (KBO)<br>Jointly Administered |
| **Debtors.** | Honorable Karen B. Owens |

## CERTIFICATE OF SERVICE

I, Leslie B. Spoltore, attorney for Vets Securing America Inc., hereby certify that on February 8, 2021, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers in the above captioned case was served electronically upon all parties scheduled to receive service via the Court's CM/ECF notification system.

*/s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)