# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **Gorham Paper and Tissue LLC**, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Lead Case No. 20-12814 (KBO) <br> Jointly Administered <br><br> Honorable Karen B. Owens <br> Hearing Date: March 16, 2021 at 11:00 a.m. <br> Obj. Deadline: February 22, 2021 |

## NOTICE OF MOTION OF VETS SECURING AMERICA INC. TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT AND FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND IMMEDIATE PAYMENT

TO:

**Polsinelli PC**
Christopher A. Ward
Shanti M. Katona
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
*Counsel for the Debtors*

**Bernstein, Shur, Sawyer & Nelson, P.A.**
D. Sam Anderson
Robert J. Keach
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, ME 04104
*Counsel for the Debtors*

**Office of the United States Trustee**
Rosa Sierra
United States Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
*Counsel to the United States Trustee*

**Reed Smith LLP**
Mark W. Eckard
1201 Market Street, Suite 1500
Wilmington, DE 19801

-and-

Claudia Z. Springer
Derek J. Baker
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
*Counsel for the Official Committee of Unsecured Creditors*

Vets Securing America Inc. (the "Movants") have filed a Motion which seeks the following relief:

4837-6839-8296

To compel the Debtor to assume or reject an executory contract for security services and for the allowance and immediate payment of an administrative expense claim for postpetition services.

HEARING ON THE MOTION WILL BE HELD ON March 16, 2021 at 11:00 a.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING. Pursuant to Local Rule 9006-1(c)(ii) you are required to file a response to the attached motion by February 22, 2021.

At the same time, you must also serve a copy of the response upon movant's attorney:

Michael D. Vagnoni, Esquire (*pro hac vice forthcoming*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
Email: Michael.vagnoni@obermayer.com

Dated: February 8, 2021
      Wilmington, Delaware

Respectfully submitted,

By: /s/Leslie B. Spoltore
Leslie B. Spoltore, Esquire (DE Bar No. 3605)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com

-and-

Michael D. Vagnoni, Esquire
(*pro hac vice forthcoming*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West

            1500 Market Street, Suite 3400
            Philadelphia, PA 19102
            Telephone: (215) 665-3066
            Facsimile: (215) 665-3165
            Email: Michael.Vagnoni@obermayer.com
            *Counsel to Vets Securing America Inc.*