# Exhibit B

# Kathy Goodwin

**From:** Kathy Goodwin [kgoodwin@vescomcorp.com]
**Sent:** Monday, October 24, 2011 4:47 PM
**To:** 'Pamela Treadwell'
**Subject:** Gorham NH
**Attachments:** Berlin-Gorham NH Spreadsheet May '11 (2).xls

Pam: On 5/9/11 I sent you the spreadsheet for Gorham and it included medical, dental and life insurance costs. I am forwarding the e-mail you sent back to me on 5/9/11, and you had removed all of the costs for insurances. I am not sure if you wanted to start direct billing these to the client? We changed the billing rate to $16.01 as of May 14, 2011.

I don't see any notes in their file about this change (to direct bill for medical), and there wasn't anything mentioned in your e-mail with the revised spreadsheet.

When I combined the two locations (Gorham & Old Town) I took the latest spreadsheet as a starting point, and it was your revised sheet from May 2011. Sorry that I did not notice this and add the insurance charges back in.

With regards to our NH unemployment rate, our 2011 rate is 5.7%. We have had 4 or 5 people that were laid off in NH, that have collected this past year. I don't have the rate yet for 2012, but I would suspect it did not go down. The wage cap in NH is $8000 – using that would help reduce the rates.

==This client never signed a contract.== He told Matt he wanted to wait and see if the hours of coverage were going to increase before signing an agreement.

Kathy

**From:** Pamela Treadwell [mailto:ptreadwell@vescomcorp.com]
**Sent:** Monday, May 09, 2011 7:42 PM
**To:** Kathy Goodwin
**Subject:** Revised Berlin-Gorham NH Spreadsheet May '11 (2).xls

1