# Exhibit C



**Vets Securing America**
P.O BOX 6534
PASADENA, CA 91109

# INVOICE

Invoice Number: 105752
Invoice Date: Dec 19, 2020
Page: 1

Headquartes:
Fax:

| **Bill To:** | **Ship to:** |
|---|---|
| Gorham Paper and Tissue<br>72 Cascade Flats<br>Gorham, NH 03581 | 72 Cascade Flat<br>12/06/20 to 12/19/20<br>Gorham, NH 3581 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Gorham Paper Tissue | 4161 | Net 15 Days | |
| **Sales Rep ID** | **Sales Order** | **Order Date** | **Due Date** |
| | | | 1/18/21 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 336.00 | Gorham Paper | Security Services | 14.95 | 5,023.20 |

| | |
|---|---|
| Subtotal | 5,023.20 |
| Sales Tax | |
| | |
| Total Invoice Amount | 5,023.20 |
| Payment/Credit Applied | |
| **TOTAL** | **5,023.20** |



**Vets Securing America**
P.O BOX 6534
PASADENA, CA 91109

# INVOICE

| | |
|---|---|
| Invoice Number: | 106101 |
| Invoice Date: | Jan 2, 2021 |
| Page: | 1 |

Headquartes:
Fax:

| **Bill To:** | **Ship to:** |
|---|---|
| Gorham Paper and Tissue<br>72 Cascade Flats<br>Gorham, NH  03581 | 72 Cascade Flat<br>12/20/20 to 12/31/20<br>Gorham, NH  3581 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Gorham Paper Tissue | 4161 | Net 15 Days | |
| **Sales Rep ID** | **Sales Order** | **Order Date** | **Due Date** |
| | | | 2/1/21 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 288.00 | Gorham Paper | Security Services | 14.95 | 4,305.60 |

| | |
|---|---|
| Subtotal | 4,305.60 |
| Sales Tax | |
| | |
| Total Invoice Amount | 4,305.60 |
| Payment/Credit Applied | |
| **TOTAL** | **4,305.60** |