# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Gorham Paper and Tissue LLC,** *et al.*, | Lead Case No. 20-12814 (KBO) <br> Jointly Administered |
| **Debtors.** | Honorable Karen B. Owens |

**ORDER GRANTING MOTION OF VETS SECURING AMERICA INC. TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT AND FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND IMMEDIATE PAYMENT**

Upon consideration of the motion of VSA[1] for an order compelling the Debtor to assume or reject the Contract, and for allowance and immediate payment of an administrative expense, and any responses thereto, after notice and opportunity for a hearing, it is hereby ORDERED as follows:

The Motion is GRANTED, as set forth herein.

The Debtor shall take appropriate action to assume or reject the Contract within fourteen (14) days of the date of this order.

If the Debtor does not take appropriate action to assume the Contract within fourteen (14) days of the date of this order, VSA is ALLOWED an administrative expense in the amount of $9,328.80.

The Debtor is ORDERED to pay any allowed administrative expense owed to VSA within twenty-one (21) days of the date of this order.

---

[1] All capitalized terms have the meaning ascribed to them in the Motion.

4837-6839-8296