IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GORHAM PAPER AND TISSUE, LLC, *et al.*, | ) | Case No. 20-12814 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. No. 266** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 266

Woodland Pulp, LLC, by and through its undersigned counsel, hereby withdraws the *Limited Objection and Reservation of Rights* [DI 266] filed on February 16, 2021, without prejudice.

Dated: February 16, 2021

**CONNOLLY GALLAGHER LLP**

*/s/ Kelly M. Conlan*
Kelly M. Conlan (DE Bar No. 4786)
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 888-6221
Email: kconlan@connollygallagher.com

-and-

**VERRILL DANA, LLP**
Nathaniel R. Hull
One Portland Square
Portland, Maine 04101
Telephone: (207) 253-4726
Email: nhull@verrilldana.com

*Attorneys for Woodland Pulp*

---

[1] The last four digits of Gorham Paper and Tissue, LLC's federal taxpayer identification number are 6533. *See* 11 U.S.C. § 342(c)(1). The last four digits of White Mountain Tissue, LLC's federal taxpayer identification number are 0078. *See id.* The principal place of business for Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC is 72 Cascade Flats, Gorham, New Hampshire 03581.

{05591644.DOCX.}