**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Gorham Paper and Tissue, LLC, *et al.*, | Case No. 20-12814 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 438** |

**NOTICE OF (I) ENTRY OF ORDER GRANTING FINAL APPROVAL OF
DISCLOSURE STATEMENT AND CONFIRMING CHAPTER 11 PLAN OF
LIQUIDATION OF DEBTORS GORHAM PAPER AND TISSUE, LLC AND WHITE
MOUNTAIN TISSUE, LLC DATED OCTOBER 26, 2021; AND (II) EFFECTIVE DATE**

  **PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") of the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Debtors Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC Dated October 26, 2021* [Docket No. 408] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "**Combined Disclosure Statement and Plan**") was entered on December 17, 2021 [Docket No. 438].

  **PLEASE TAKE FURTHER NOTICE** that all conditions precedent to effectiveness pursuant to Article X of the Combined Disclosure Statement and Plan have been satisfied or waived. Therefore, today, January 31, 2022, is the Effective Date of the Combined Disclosure Statement and Plan.

  **PLEASE TAKE FURTHER NOTICE** that Combined Disclosure Statement and Plan and its provisions are binding on, among others, the Debtors, all Holders of Claims and Interests (irrespective of whether such Claims or Interests are impaired under the Combined Disclosure Statement and Plan or whether the Holders of such Claims have voted to accept or reject the Combined Disclosure Statement and Plan), and any and all non-Debtor parties to executory contracts and unexpired leases with the Debtors, as provided in the Combined Disclosure Statement and Plan.

  **PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Fee Claims (the "**Final Fee Applications**") must be filed no later than March 2, 2022 (*i.e.*, thirty (30) days after the Effective Date of the Combined Disclosure Statement and Plan). The procedures for processing Final Fee Applications are set forth in the Combined Disclosure Statement and Plan.

---

[1] The last four digits of Gorham Paper and Tissue, LLC's federal taxpayer identification number are 6533. See 11 U.S.C. § 342(c)(1). The last four digits of White Mountain Tissue, LLC's federal taxpayer identification number are 0078. See id. Prior to the sale of substantially all of their assets, the principal place of business for Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC was 72 Cascade Flats, Gorham, New Hampshire 03581.

81844424.1

If a Professional does not timely submit a Final Fee Application, such Professional shall be forever barred from seeking payment of such Professional Fee Claim from the Debtors or their Estates.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Claims (other than Professional Fee Claims or other Administrative Claims excluded by the Combined Disclosure Statement and Plan) against the Debtors that arose, accrued or otherwise became due and payable at any time on or after November 4, 2020, but on or before the Effective Date (the "**Supplemental Administrative Claims Period**") must be filed with the Bankruptcy Court and served on the Debtors no later than February 14, 2022 (*i.e.*, fourteen (14) days after the Effective Date) (the "**Final Administrative Claims Bar Date**"). Holders of Administrative Claims that arose, accrued or otherwise became due during the Supplemental Administrative Claims Period (other than Professional Fee Claims or other Administrative Claims excluded by the Combined Disclosure Statement and Plan) that do not file requests for the allowance and payment thereof on or before the Final Administrative Claims Bar Date shall forever be barred from asserting such Administrative Claims against the Debtors or the Estates. Unless the Debtors, the Liquidating Trustee, or any other party in interest objects to an Administrative Claim, such Administrative Claim shall be deemed Allowed in the amount requested. In the event that the Debtors, the Liquidating Trustee, or any other party in interest objects to an Administrative Claim, and the Administrative Claim is not otherwise resolved, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim.

**PLEASE TAKE FURTHER NOTICE** that as set forth in Article VII of the Combined Disclosure Statement and Plan, all Executory Contracts and Unexpired Leases which have not been assumed are deemed rejected, effective as of the date of entry of the Confirmation Order. Under the Combined Disclosure Statement and Plan, the deadline to file a proof of Claim relating to a Claim arising from rejection under the Combined Disclosure Statement and Plan was January 17, 2022 (*i.e.*, thirty (30) days after the effective date of the rejection, which was December 17, 2021).

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined Disclosure Statement and Plan and the Liquidating Trust Agreement can be obtained from Donlin Recano by: (a) downloading at no charge through the Case Website (https://www.donlinrecano.com/Clients/gpt/Index); (b) writing to Donlin Recano at gptinfo@donlinrecano.com; or (c) by calling toll free at (800) 499-8159.

| | |
|---|---|
| Dated: January 31, 2022<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>-and-<br><br>**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**<br>D. Sam Anderson (Admitted *Pro Hac Vice*)<br>Adam R. Prescott (Admitted *Pro Hac Vice*)<br>100 Middle Street<br>PO Box 9729<br>Portland, Maine 04104<br>Telephone: (207) 774-1200<br>Facsimile: (207) 774-1127<br>sanderson@bernsteinshur.com<br>rkeach@bernsteinshur.com<br>aprescott@bernsteinshur.com<br><br>*Counsel for the Debtors and Debtors-In-Possession* |

81844424.1